UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Southeastern Metals Manufacturing Company, Inc.

                       Plaintiff,               **CERTIFICATION**

                                                   Civil No. 08-CV-570

   v.

The Guttershutter Manufacturing Company, et al.

                       Defendant.

---

## MEDIATION CERTIFICATION

A mediation session was held on:   June 2, 2009

[X]    **Case has settled.**  The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

        **Case has settled in part.**  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

        **Case has not settled.**  Mediation will continue on:

        **Case has not settled.**  Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: Buffalo, New York
       June 3, 2009

                                                /s/ Hugh M. Russ, III
                                                        Mediator