UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SOUTHEASTERN METALS MANUFACTURING
COMPANY, INC.,

               Plaintiff,

                                             ORDER OF
                                             DISMISSAL
        v.                                          08-CV-570A

THE GUTTERSHUTTER MANUFACTURING
COMPANY, et al.,

               Defendants.

---

The Court having been advised by the counsel for the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed without costs and on the merits, but without prejudice to the right, upon good cause shown, within 60 days to reopen this action if settlement is not consummated.

        IT IS SO ORDERED.

                     /s/ Richard J. Arcara
                     HONORABLE RICHARD J. ARCARA
                     CHIEF JUDGE
                     UNITED STATES DISTRICT COURT

DATED: June 8, 2009